McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17CR00155 LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| DARRELL LEON JENNINGS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status conference on March 19, 2018, at 1 p.m. and time was ordered excluded in the interest of justice.

2.     By this stipulation, due to the unavailability of defense counsel and for the purpose of reviewing discovery, considering the government's plea offer, and conducting further investigation, the parties move to continue the matter to April 2, 2018, at 1:00 p.m.

3.     The parties agree and stipulate, and request that the Court find the following:

1

a. Defense counsel is unavailable on March 19.

b. Counsel for the parties believe that additional time is warranted to review discovery, consider the government's plea offer, and conduct further investigation.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2018, to April 2, 2018, inclusive, is deemed excludable, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purpose of trial preparation and plea negotiations. The parties further agree that the ends of justice served by excluding time to and through April 2, 2018, outweigh the best interest of the public in a speedy trail

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

////
////
////
////
////
////
////
////
////
////

IT IS SO STIPULATED.

DATED:        March 1, 2018.        Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Karen A. Escobar*
                                    KAREN A. ESCOBAR
                                    Assistant United States Attorney


DATED:        March 1, 2018.

                                    */s/ Gary Huss*
                                    GARY HUSS
                                    Counsel for Defendant Jennings

## O R D E R

IT IS SO ORDERED.

Dated:   **March 2, 2018**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE