HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
KAITLYN FRYZEK, Certified Student Attorney (L.R. 181)
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Defendant
DARRELL JENNINGS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARRELL JENNINGS, <br><br> Defendant. | No. 1:17CR00155-002 <br><br> ORDER SEALING EXHIBIT A TO MOTION FOR COMPASSIONATE RELEASE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that Defendant's Exhibit A to Motion for Compassionate Release pertaining to Defendant Darrell Jennings shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's Request and Exhibits B and C serves a compelling interest. The Court further finds that, in the absence of closure, the

compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Defendant's Request and Exhibit A that would adequately protect the compelling interests identified by Defendant.

IT IS SO ORDERED.

Dated:  **July 13, 2020**                        /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE