MCGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARRELL LEON JENNINGS,<br>Defendant. | NO. 1:17CR00155-002 LJO-SKO[1]<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPASSIONATE RELEASE MOTION; ORDER |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant DARRELL LEON JENNINGS, both individually and by and through his counsel of record, HARRY SIMON, hereby stipulate as follows:

1. On July 13, 2020, the defendant filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 78).

2. By this stipulation, the parties move for and agree to a two-week extension of time to August 3, 2020 for the government to file its response and an additional one-week extension of time to August 17, 2020 for the defendant to file his reply. The parties stipulate that the delay is required to allow the government reasonable time to obtain documents from the Bureau of Prisons to assist in the preparation of its response and to allow sufficient time for the defendant to prepare his reply.

[1] Since this matter was closed and not reassigned, the parties move to reassign this matter from LJO-SKO to NONE-SKO.

IT IS SO STIPULATED.

Dated: July 14, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: July 14, 2020

/s/ HARRY SIMON
HARRY SIMON
Counsel for Defendant
DARRELL LEON JENNINGS

**ORDER**

IT IS SO ORDERED.

Dated: **July 15, 2020**

UNITED STATES DISTRICT JUDGE