1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   First Assistant Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:17-CR-00155-LJO-SKO
                                     )
12          *Plaintiff,*             )  **APPLICATION AND ORDER**
                                     )  **APPOINTING COUNSEL**
13  vs.                              )
                                     )
14  DARRELL LEON JENNINGS,           )
                                     )
15          *Defendant.*             )
                                     )
16  _____)

17

18        Defendant, Darrell Leon Jennings, through the Federal Defender for the Eastern District

19  of California, hereby requests appointment of counsel for assistance in seeking early termination

20  of his supervised release.

21        Mr. Jennings pled guilty in 2019 to participating in a drug conspiracy. Following 60

22  months in custody, he began a 60 month-term of supervised release on January 13, 2022. Mr.

23  Jennings submits the attached Financial Affidavit as evidence of his inability to retain counsel at

24  this time. After reviewing the attached Financial Affidavit, it is respectfully recommended that

25
26  counsel be appointed.

27        DATED:  February 28, 2025              _____*/s/ Peggy Sasso*_____
                                                PEGGY SASSO
28                                              First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **March 3, 2025**            /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE